# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: H u g o   C a s t e l l a n o s          JOINT DEBTOR: _____    CASE NO.: 15-21207-LMI
Last Four Digits of SS# _7938_          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _60_ months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

      A.    $ _1387.46_  for months _1_ to _60_ ; in order to pay the following creditors:

Administrative:      Attorney's Fee - $ _3650 + $2500 = $6150_          TOTAL PAID $_1500_
                     Balance Due     $ _4650_ payable $ _93_/month  (Months _1_ to _50_)

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens  on Real or Personal Property:

1. _Wells Fargo Home Mortgage_
Address: _8480 Stagecoach Circle_
_Frederick, MD 21701_          MMM Payment          $1147.61 /month  (Months _1_ to _60_)
Account No: _XXXX4286_

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None _____          Total Due $_____
                           Payable     $_____/month  (Months____ to ____)  Regular Payment $_____

Unsecured Creditors:  Pay $ _8.08_/month  (Months _1_ to _50_) and Pay $ _101.08_/month  (Months _51_ to _60_).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    _/s/Robert Sanchez, Esq._          _____
Attorney for the Debtor          Joint Debtor
Date: _7-3-2015_          Date:_____

LF-31 (rev. 01/08/10)