UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

HUGO E CASTELLANOS AKA HUGO
CASTELLANOS AKA HUGO EWIN
CASTELLANOS AKA HUGO EWIN
CASTELLANOS, JR. AKA HUGO
CASTELLANOS, JR. AKA HUGO E
CASTELLANOS, JR.

          CASE NO. 15-21207-LMI
          CHAPTER 13

    Debtor(s).
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

NOTICE IS HEREBY GIVEN of the appearance of EXL LEGAL, PLLC, as counsel for WELLS FARGO BANK, N.A., a creditor in the above-styled cause. Pursuant to Bankruptcy Rule 2002, Counsel requests copies of all pleadings and notices to creditors or other parties in interest be addressed to EXL LEGAL, PLLC, 12425 28th Street North, Suite 200, St. Petersburg, FL 33716, and pursuant to Bankruptcy Rule 2002(g), requests Counsel's name and address be added to the Clerk's matrix list of creditors.

        eXL Legal, PLLC
        Email Address: bk@exllegal.com
        12425 28th Street North, Suite 200
        St. Petersburg, FL 33716
        Telephone No. (727) 536-4911
        Attorney for the Movant

        By:  /S/  Kenneth W. Lockwood

**Kenneth W. Lockwood**
FBN #16722

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2910(d) and (2).

    I FURTHER CERTIFY that a true and correct copy of the Notice of Appearance and Request for Notice was served as follows:

    The parties identified below were served by NEF on August 25, 2015.

ROBERT SANCHEZ, ESQ.
355 WEST 49TH STREET
HIALEAH, FL 33012

NANCY NEIDICH, TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE
SUITE 1204
MIAMI, FL 33130

    The parties identified below were served by U.S. Mail on August 25, 2015.

HUGO E. CASTELLANOS
1024 SW 124 AVENUE
MIAMI, FL 33184

    eXL Legal, PLLC
    Email Address: bk@exllegal.com
    12425 28th Street North, Suite 200
    St. Petersburg, FL 33716
    Telephone No. (727) 536-4911
    Attorney for the Movant

    By: /S/ Kenneth W. Lockwood

**Kenneth W. Lockwood**
FBN #16722