**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

---

In Re:                                                    Case #15-21207-LMI
**Debtor:** Hugo Castellanos                              Chapter 13

---

### FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 03-08-2016 and the following parties were present:

1. [ x ] The Debtor: Hugo Castellanos
2. [ x ] The Debtor's Attorney: Robert Sanchez, Esq.
3. [ x ] The Lender's Representative: Zane Clark-Dickens
4. [ x ] The Lender's Attorney: Kenneth Lockwood, Esq.

**B.** The final MMM conference was scheduled for 03-08-2016 but not conducted for the following reason:

1. [   ] The parties settled prior to attending
2. [   ] The case was dismissed
3. [   ] The debtor failed to attend
4. [   ] The debtor's attorney failed to attend
5. [   ] The lender failed to attend
6. [   ] The lender's attorney failed to attend
7. [   ] Other

**C.** The result of the MMM conference is as follows:

1. [   ] The parties reached an agreement
2. [ x ] The parties did not reach an agreement

Dated: 03.23.16                    Signature of Mediator: _____ //s// Anthony Roca
                                   Printed Name: Anthony Roca
                                   Address: 1750 Coral Way Second Floor Miami, FL
                                   33145
Copies To:                         Phone: (305) 263-7700
[All Parties to Mediation]         Email: tony@rocalaw.com