UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

HUGO E CASTELLANOS AKA HUGO
CASTELLANOS AKA HUGO EWIN
CASTELLANOS AKA HUGO EWIN
CASTELLANOS, JR. AKA HUGO
CASTELLANOS, JR. AKA HUGO E
CASTELLANOS, JR.

CASE NO. 15-21207-LMI
CHAPTER 13

Debtor(s).
_____/

## CREDITOR'S MOTION TO COMPEL A MOTION TO MODIFY CHAPTER 13 PLAN, MODIFIED CHAPTER 13 PLAN, AND HEARING FOR MOTION TO MODIFY CHAPTER 13

Creditor, WELLS FARGO BANK, N.A., by and through its undersigned attorney, files its Motion to Compel a Modified Chapter 13 Plan and as grounds thereto states as follows:

1. The Order Confirming the First Amended Chapter 13 Plan was entered on October 14, 2015.
2. The Order Granting Verified Motion for Referral to Mortgage Modification was entered on August 24, 2015.
3. The Debtor has been reviewed for all Loss Mitigation Mediation options and has been denied for same.
4. The Final Report of Loss Mitigation Mortgage Modification Mediator Agreement Not Reached was filed on March 23, 2016.
5. The Debtor is required to file a Modified Plan with fourteen (14) days of the Final Report to surrender the subject property or conform to the filed Proof of Claim.
6. The Debtor has not filed said Modified Plan.
7. The Creditor requests that the Court compel the Debtor to file a Modified Plan to surrender the subject property, pay direct, or conform to the Proof of Claim Number 2, filed October 7, 2015.

WHEREFORE, Creditor files this Motion to Compel a Motion to Modify Chapter 13 Plan, Modified Chapter 13 Plan, and hearing for Motion to Modify Chapter 13 Plan, and moves the Court to grant said motion and compel the Debtor to file a Modified plan to surrender the subject property, pay direct, or conform to the filed Claim.

888122126

eXL Legal, PLLC  
Email Address: bk@exllegal.com  
12425 28th Street North, Suite 200  
St. Petersburg, FL 33716  
Telephone No. (727) 536-4911  
Attorney for the Movant  
By:  /S/ Kenneth W. Lockwood  

**Kenneth W. Lockwood**  
FBN #16722

888122126

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the Motion to Compel a Modified Chapter 13 Plan was served as follows

      I FURTHER CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2910(d) and (2).

      The parties identified below were served by NEF on this 28th day of April 2016.

ROBERT SANCHEZ, ESQ.
355 WEST 49TH STREET
HIALEAH, FL 33012

NANCY NEIDICH, TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE
SUITE 1204
MIAMI, FL 33130

      The parties identified below were served by U.S. Mail on this 28th day of April 2016.

HUGO E. CASTELLANOS
1024 SW 124 AVENUE
MIAMI, FL 33184

                          eXL Legal, PLLC
                          Email Address: bk@exllegal.com
                          12425 28th Street North, Suite 200
                          St. Petersburg, FL 33716
                          Telephone No. (727) 536-4911
                          Attorney for the Movant
                          By: /S/ Kenneth W. Lockwood

                          Kenneth W. Lockwood
                          FBN #16722

888122126