UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

HUGO E CASTELLANOS AKA HUGO
CASTELLANOS AKA HUGO EWIN
CASTELLANOS AKA HUGO EWIN
CASTELLANOS, JR. AKA HUGO
CASTELLANOS, JR. AKA HUGO E
CASTELLANOS, JR.

CASE NO. 15-21207-LMI
CHAPTER 13

Debtor(s).
_____/

**CREDITOR'S MOTION TO COMPEL A MODIFIED CHAPTER
13 PLAN, A MOTION TO MODIFY, AND A HEARING FOR SAME**
3225 S.W. 124TH CT., MIAMI, FL 33175-2638

Creditor, WELLS FARGO BANK, N.A., by and through its undersigned attorney, files its Motion to Compel a Modified Chapter 13 Plan, Motion to Modify, and Hearing for same, and as grounds thereto states as follows:

1. The Debtor filed an Ex Parte Verified Motion for Referral to Mortgage Modification Mediation on August 21, 2015 and the Order Granting Verified Motion for Referral to Mortgage Modification Mediation, DE#30, was entered on August 24, 2015.
2. The Proof of Claim filed by Creditor reflects total arrears due under its mortgage of $98,813.16, including attorney fees and costs and a total claim amount of $327,080.76, filed on October 7, 2015.
3. The post-petition payment amount due under the loan document is $1,921.81.
4. The Order Confirming the First Amended Plan was entered on October 14, 2015.
5. The Debtor has been reviewed for all Loss Mitigation Mediation workout options and has been denied.
6. The Final Report of Loss Mitigation/Mortgage Modification Mediator Agreement Not Reached was filed on March 23, 2016.
7. The Debtor is required to file a Motion to Modify the Confirmed Chapter 13 Plan within fourteen (14) calendar days of the Final Report as per the Confirmed First Amended Plan to (a) conform to the Proof of Claim, (b) provide for the subject property outside the Plan; or (c)

888122126

surrender the subject property.

8. The Debtor has failed to comply with this requirement as of the filing of this motion.
9. The Creditor requests that the Court compel the Debtor to modify the Confirmed Chapter 13 Plan to conform to the filed Claim, provide for the subject property outside the Plan or surrender the subject property.

WHEREFORE, Creditor files this Motion to Compel a Modified Chapter 13 Plan and moves the Court to grant said motion and compel the Debtor to file a Modified Chapter 13 Plan, Motion to Modify, and set Hearing for same,.

eXL Legal, PLLC
Email Address: bk@exllegal.com
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
Telephone No. (727) 536-4911
Attorney for the Movant
By:  /S/ Kenneth W. Lockwood

**Kenneth W. Lockwood**
FBN #16722

888122126

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Motion to Compel a Modified Chapter 13 Plan was served as follows

I FURTHER CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2910(d) and (2).

The parties identified below were served by NEF on this 1st day of June 2016.

ROBERT SANCHEZ, ESQ.
355 WEST 49TH STREET
HIALEAH, FL 33012

NANCY NEIDICH, TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE
SUITE 1204
MIAMI, FL 33130

The parties identified below were served by U.S. Mail on this 1st day of June 2016.

HUGO E. CASTELLANOS
1024 SW 124 AVENUE
MIAMI, FL 33184

                eXL Legal, PLLC
                Email Address: bk@exllegal.com
                12425 28th Street North, Suite 200
                St. Petersburg, FL 33716
                Telephone No. (727) 536-4911
                Attorney for the Movant
                By:  /S/ Kenneth W. Lockwood

*Kenneth W. Lockwood*
FBN #16722

888122126