

ORDERED in the Southern District of Florida on September 22, 2016.

**Laurel M. Isicoff, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:
HUGO E CASTELLANOS AKA HUGO
CASTELLANOS AKA HUGO EWIN
CASTELLANOS AKA HUGO EWIN
CASTELLANOS, JR. AKA HUGO
CASTELLANOS, JR. AKA HUGO E
CASTELLANOS, JR.

                                    CASE NO. 15-21207-LMI
                                    CHAPTER 13

    Debtor(s).
_____/

## ORDER GRANTING MOTION TO COMPEL A MODIFIED CHAPTER 13 PLAN

This matter came on for hearing on September 13, 2016, on the Motion to Compel a Modified Chapter 13 Plan, DE#48, filed by Movant, WELLS FARGO BANK, N.A.. The Court, having reviewed the file, heard argument of counsel, and being otherwise fully advised in the premises, does hereby ORDER:

1. WELLS FARGO BANK, N.A.'s Motion to Compel a Modified Chapter 13 Plan is granted, and

2. The Debtor is required to submit a Motion to Modify the Confirmed Chapter 13 Plan and a Modified Plan within seven (7) days of the entry of this Order.

3. In the event the Debtor fails to do so, Creditor shall submit an order dismissing this case with prejudice for six months without additional hearing.

Attorney Kenneth W. Lockwood is directed to serve a copy of this order on interested parties and file proof of service within 3 days of entry of order.

Copies furnished to:

EXL LEGAL, PLLC
12425 28TH STREET NORTH, SUITE 200
ST. PETERSBURG, FL 33716
EFILING@EXLLEGAL.COM

HUGO E. CASTELLANOS
1024 SW 124 AVENUE
MIAMI, FL 33184

ROBERT SANCHEZ, ESQ.
355 WEST 49TH STREET
HIALEAH, FL 33012

NANCY NEIDICH, TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE
SUITE 1204
MIAMI, FL 33130