# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### 1st Modified plan

DEBTOR: Hugo Castellanos          JOINT DEBTOR:                              CASE NO.: 15-21207-LMI
Last Four Digits of SS# 7938          Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 1294.96   for months  1   to  15  ; in order to pay the following creditors:
   B.   $ 145.35    for months  16  to  60  ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3650 + $2500 =$525 Motion to Modify = $6675 TOTAL PAID $1500
                    Balance Due    $ 5175  payable $ 93/month  (Months  1 to 15)
                                           payable $ 129.38/month (Months 16 to 55)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Wells Fargo Home Mortgage
Address: 8480 Stagecoach Circle
Frederick, MD 21701                    MMM Payment         $1147.61 /month  (Months  1 to 15)
Account No: XXXX4286

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                    Total Due $
                           Payable  $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 18.05/month (Months 1 to 15) Pay $ 1.43/month (Months 16 to 55) and Pay $ 130.81/month (Months 56 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. "The debtor has filed a Verified Motion for Referral to MMM with Wells Fargo Home Mortgage("Lender"), loan number xxxx4286, for real property located at 3225 SW 124 Court, Miami, FL 33175. The lender and debtor failed to reach a settlement, so upon approval, this modified plan is to provide for the subject property outside the Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   /s/ Robert Sanchez, Esq.                          _____
Attorney for Debtor                                  Joint Debtor
Date: 9/27/2016                                      Date:

LF-31 (rev. 01/08/10)