**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**SECOND Modified plan**

DEBTOR: Hugo Castellanos     JOINT DEBTOR:_____     CASE NO.: 15-21207-LMI
Last Four Digits of SS# 7938     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $ 1294.96  for months  1  to  15  ; in order to pay the following creditors:
  B.  $ 110.90   for months  16 to  60  ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3650 + $2500 =$525 Motion to Modify = $6675 TOTAL PAID $1500
            Balance Due    $ 5175  payable $ 93/month  (Months  1 to  15)
                                   payable $ 90/month  (Months  16 to 57)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Wells Fargo Home Mortgage
Address: 8480 Stagecoach Circle
Frederick, MD 21701              MMM Payment     $1147.61 /month (Months 1 to 15)
Account No: XXXX4286

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                   Total Due $_____
                          Payable    $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 18.05/month (Months 1 to 15) Pay $ 9.81/month (Months 16 to 57) and Pay $ 99.81/month (Months 58 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims. "The debtor has filed a Verified Motion for Referral to MMM with Wells Fargo Home Mortgage("Lender"), loan number xxxx4286, for real property located at 3225 SW 124 Court, Miami, FL 33175. The lender and debtor failed to reach a settlement, so upon approval, this modified plan is to provide payment for the subject property outside the Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/ Robert Sanchez, Esq.
Attorney for Debtor                          Joint Debtor
Date: 10/27/2016                             Date:_____

LF-31 (rev. 01/08/10)