UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:
HUGO E CASTELLANOS AKA HUGO
CASTELLANOS AKA HUGO EWIN
CASTELLANOS AKA HUGO EWIN
CASTELLANOS, JR. AKA HUGO
CASTELLANOS, JR. AKA HUGO E
CASTELLANOS, JR.

CASE NO. 15-21207-LMI
CHAPTER 13

Debtor(s).
_____/

### CREDITOR`S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM 2-1

**COMES NOW** the Creditor, WELLS FARGO BANK, N.A., Claim No. 2-1, by and through undersigned attorney and pursuant to all applicable Bankruptcy Rules and Procedure, files this response to the Debtors' Objection to Claim and would respond as follows:

1. Creditor filed its Proof of Claim (the "Claim") in this case on October 7, 2015 for total debt in the amount of $327,080.76 and total pre-petition arrearage in the amount of $98,813.16.

2. Debtor`s objection to this claim is for the reason that Creditor is being paid outside the plan and therefore the Claim should be allowed but receive no distribution from the Chapter 13 Trustee.

3. Creditor consents to the above treatment and agrees to allow the Claim No. 2-1 but receive no distribution from the Trustee.

WHEREFORE, Creditor respectfully requests that this Court grant the Debtor`s Objection to its claim with the above provisions, or in the alternative set this objection for a hearing based on its merits.

eXL Legal, PLLC
Email Address: bk@exllegal.com
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
Telephone No. (727) 536-4911
Attorney for the Movant
By: /S/ Kenneth W. Lockwood

Kenneth W. Lockwood
FBN #16722

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the Response to Debtor's Objection to Claim was served as follows:

The parties identified below were served by NEF on this 4th day of November 2016.

ROBERT SANCHEZ, ESQ.
355 WEST 49TH STREET
HIALEAH, FL 33012

NANCY NEIDICH, TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE
SUITE 1204
MIAMI, FL 33130

      The parties identified below were served on this 4th day of November 2016 by U.S. Mail.

HUGO E. CASTELLANOS
1024 SW 124 AVENUE
MIAMI, FL 33184

                                       eXL Legal, PLLC
                                       Email Address: bk@exllegal.com
                                       12425 28th Street North, Suite 200
                                       St. Petersburg, FL 33716
                                       Telephone No. (727) 536-4911
                                       Attorney for the Movant
                                       By:  /S/ Kenneth W. Lockwood

                                       **Kenneth W. Lockwood**
                                           FBN #16722