

### ORDERED in the Southern District of Florida on November 30, 2016.

*Laurel M. Isicoff*
Laurel M. Isicoff
Chief United States Bankruptcy Judge

___

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Hugo Castellanos					Case No. 15-21207-LMI

								Chapter 13

_____Debtor(s)\_\_\_/

### AGREED ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM OF WELLS FARGO BANK, N.A.

This matter having been considered without hearing upon the Debtor's Objection to Claim[s] of Wells Fargo Bank, N.A. [DE #__65__], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that the Creditor listed below filed a response agreeing to the treatment in the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

**ORDERED** that Debtor's objection[s] to the following claim[s] is [are] sustained:

| Claim holder | Claim No. | Disposition |
|---|---|---|
| *Wells Fargo Bank, N.A.* | 2 | *The claim is allowed as filed with no distribution from the Chapter 13 Trustee.* |

**###**

**Submitted by:**
**Robert Sanchez, P.A.,**
**355 W 49 ST,**
**Hialeah, FL 33012**
**(305) 687-8008**

Robert Sanchez, P.A shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).